<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6874

CURTIS SHULER,

Plaintiff - Appellant,

v.

RICHARD NEELY, Superintendent of Lanesboro Correctional
Institution; J. BENNETT, Superintendent of Lanesboro
Correctional Institution; J. ATWATER, Mailroom Supervisor,
Lanesboro Correctional Institution; STEVIE MILLER,
Correctional Officer, Lanesboro Correctional Institution,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen,
Senior District Judge. (3:10-cv-00254-GCM)

Submitted: October 14, 2010          Decided: October 22, 2010

Before MOTZ, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis Shuler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Shuler appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Shuler v. Neely, No. 3:10-cv-00254-GCM (W.D.N.C. June 15, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED